Case 24-21157-GLT    Doc 60    Filed 08/02/24    Entered 08/02/24 09:26:30    Desc Main
Document    Page 1 of 2

FILED
8/2/24 9:10 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 24-21157-GLT |
| David A. Smolensky, | : | |
| Debtor, | : | Chapter 11 |
| | : | |
| David A. Smolensky, | : | Related to Docket No. 58 |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| PHH Mortgage Corporation, | : | |
| Respondent. | : | |

**LOSS MITIGATION ORDER**

A ***Motion for Loss Mitigation*** was filed by *David A. Smolensky* on July 18, 2024. The Parties have had notice and an opportunity to object and the Court has reviewed any objections filed thereto.

***AND NOW***, this _2nd Day of August_, *2024*, it is hereby ***ORDERED*** that:

(1)    The following parties are directed to participate in the Court's ***Loss Mitigation Program (LMP)*** as set forth in *W.PA.LBR 9020-1* through *9020-7*.

    Debtor:    David A. Smolensky

    Creditor:    PHH Mortgage Corporation

(2)    ***During the Loss Mitigation Period***, the Debtor shall make (or cause to be made) adequate protection payments in the amount of $3,350.00 per month to the Creditor or the Creditor's designee pursuant to *W.PA.LBR 9020-3(g)*.

(3)    ***Within fourteen (14) days from the entry of this Order***, the Creditor shall register and post its entire Core LMP Package on the Portal (if not previously registered) pursuant to *W.PA.LBR 9020-4(b)*.

(4)    ***Within seven (7) days from the entry of this Order*** or Creditor's registration on the Portal, whichever is later, the Debtor shall upload a completed Core LMP Package through the Portal pursuant to *W.PA.LBR 9020-4(c)*.

(5)    ***Within fourteen (14) days of the debtor's submission of the Core LMP Package***, the Creditor shall acknowledge receipt and designate a single point of contact for Debtor's review, pursuant to *W.PA.LBR 9020-4(d)*.

(6)    ***Within sixty (60) days from the entry of this Order***, the Debtor shall file and serve upon all interested parties an LMP Status Report, pursuant to *W.PA.LBR 9020-4(e)*.

(7)     **One hundred twenty (120) days from the entry of this Order,** the LMP Period shall terminate unless extended pursuant to *W.PA.LBR 9020-5(b).*
         Loss Mitigation will Terminate on 11/30/2024.

(8)     *Within seven (7) days of the termination of the Loss Mitigation Period*, the Debtor shall submit an LMP Final Report pursuant to *W.PA.LBR 9020-4(f).*

(9)     Debtor shall *immediately* serve a copy of this Order on Creditor and file a certificate of service evidencing same.

_____
Chief Judge  Gregory L. Taddonio
United States Bankruptcy Judge

Case Administrator to Serve:
David Z. Valencik, Esq.